IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MICHAEL A. SULLIVAN, | ) | 4:15CV3014 |
|---|---|---|
| Plaintiff, | ) | |
| V. | ) | |
| | ) | **MEMORANDUM** |
| JEFF DAVIS, Sheriff, GREG LONDON, Captain, and JUNE WESTLAND, Nurse, | ) | **AND ORDER** |
| Defendants. | ) | |

Plaintiff has withdrawn his Notice of Appeal. (Filing No. 42).

Accordingly,

IT IS ORDERED:

1. Plaintiff's Motion to Proceed In Forma Pauperis (Filing No. 39) is denied as moot.

2. The Clerk of Court shall not process Plaintiff's appeal to the Eighth Circuit Court of Appeals.

DATED this 15th day of March, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge